In the Matter of the PETITION FOR A SPECIAL ELECTION, etc., in the City

of New Rochelle, Westchester County, New York. ADOLPH LASUS, Appellant; WILLIAM M. HARDING and Others, Composing the Committee, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements, on authority of *Matter of Curtin* v. *Denton* (183 App. Div. 312), decided herewith. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.